**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br>Jan Luijkenstraat 68<br>Amsterdam,  1071CS<br>Netherlands<br><br>                    Applicant. | Case No. _____ |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**
**FOR APPLICANT INTERNATIONAL MINERAL RESOURCES B.V.**

Applicant International Mineral Resources B.V. ("IMR"), through counsel, Kobre & Kim LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, states that it is a wholly owned subsidiary of Summerside Investments S.a.r.l.  No publicly traded company owns 10 percent or more of its shares. Pursuant to LCvR 7.1, IMR also states that the following are parent companies, subsidiaries or affiliates of International Mineral Resources B.V. which have any outstanding securities in the hands of the public:  Shaft Sinkers Holdings PLC.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  April 3, 2014
        Washington, D.C.

                        Respectfully submitted,

S. Nathan Park (D.C. Bar No. 1000365)
KOBRE & KIM LLP
1919 M Street NW
Washington, D.C. 20036
Tel:  +1 202 664 1900
Fax: +1 202 664 1920
nathan.park@kobrekim.com

Jonathan D. Cogan (*pro hac vice* pending)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel:  +1 212 488 1200
Fax: +1 212 488 1220
jonathan.cogan@kobrekim.com

*Attorneys for Applicant International Mineral Resources B.V.*