**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 1:14-mc-00340-GK |

**CERTIFICATE OF SERVICE**

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: Application of International Mineral Resources B.V. for an Order to Take Discovery Pursuant to 28 USC & 1782 | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:14-mc-00340<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Letter dated April 18, 2014; Ex Parte Application for an Order Under 28 USC 1782 Permitting International Mineral Resources BV to Issue a Subpoena for the Taking of a Deposition and the Production of Documents from Rinat Akhmetshin; Declaration of Robbert De Bree with Exhibits; Declaration of Tedeusz Jarmolkiewicz; Declaration of Akis Phanartzis; Declaration of Raphael Rahav; Declaration of John Scanlon with Exhibits; Declaration of Patokh Chodiev; [Proposed] Order; and Federal Rule of Civil Procedure 7.1 Statement for Applicant International Mineral Resources B.V. in the above entitled case.

That on April 21, 2014 at 3:29 PM, I served the Letter dated April 18, 2014; Ex Parte Application for an Order Under 28 USC 1782 Permitting International Mineral Resources BV to Issue a Subpoena for the Taking of a Deposition and the Production of Documents from Rinat Akhmetshin; Declaration of Robbert De Bree with Exhibits; Declaration of Tedeusz Jarmolkiewicz; Declaration of Akis Phanartzis; Declaration of Raphael Rahav; Declaration of John Scanlon with Exhibits; Declaration of Patokh Chodiev; [Proposed] Order; and Federal Rule of Civil Procedure 7.1 Statement for Applicant International Mineral Resources B.V. on Rinat Akhmetshin at 1529 Vermont Avenue, NW, Washington, DC 20005 by serving Jane Doe, a person of suitable age and discretion.

Jane Doe is described herein as:
Gender: Female   Race/Skin: White   Hair: Brown   Age: 60   Height: 5'4"   Weight: 210

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 4/22/2014

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526

ID: 14-106565                                                                                                              Client Reference: 00787.001