UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Applicant.

Case No. 1:14-MC-00340 (GK)

## NOTICE OF DECISION IN DUTCH ACTION

International Mineral Resources B.V. ("IMR") respectfully submits this Notice in connection with its application for an order pursuant to 28 U.S.C. § 1782 authorizing it to take discovery from Rinat Akhmetshin for use in pending and contemplated foreign proceedings in the Netherlands (the "Application"). Specifically, IMR submits this Notice to inform the Court that the Dutch court presiding over the pending foreign proceedings (the "Dutch Action") has ruled in favor of IMR on the merits of all of the claims in the Dutch Action. For the reasons set forth in detail in IMR's briefing, which are summarized briefly below, the Dutch court's ruling does not moot IMR's pending Section 1782 Application.

As discussed in IMR's briefing, the issue presented in the Dutch Action was whether IMR could be held liable for the actions of an associated entity. IMR holds an indirect, minority interest in a mining company called Shaft Sinkers (Proprietary) Limited ("Shaft Sinkers"). In 2007, Shaft Sinkers was engaged by EuroChem Volga-Kaliy LLC ("ECVK") to work on a mining project. When the business relationship broke down in 2012, ECVK filed two arbitration proceedings against Shaft Sinkers seeking more than USD $1 billion in damages. ECVK then

initiated the Dutch Action against IMR seeking a declaratory judgment that IMR was liable for any judgment entered against Shaft Sinkers.

On June 25, 2014, the Dutch court issued an opinion holding that IMR is not liable for any potential judgment entered against Shaft Sinkers in the arbitrations (an unofficial translation of the Dutch court's opinion is attached hereto as Exhibit A). The Dutch court rejected all six of ECVK's theories of liability, found that ECVK's factual assertions were completely unsubstantiated, and noted that ECVK wholly failed to contest a number of IMR's arguments. Accordingly, the Dutch court entered judgment in favor of IMR and awarded IMR the costs of the proceedings.

As set forth in detail in IMR's briefing, the Dutch court's ruling does not moot IMR's pending Section 1782 Application for two reasons. First, IMR's Application seeks discovery in aid of contemplated *future* Dutch proceedings. (*See* IMR Br. at 10, 12-13, 17; IMR Reply Br. at 1-4.) Specifically, IMR seeks discovery in aid of a new action against ECVK (and its parent company, EuroChem) in the Netherlands seeking damages for the unlawful hacking of IMR's computer systems. This use of discovery satisfies both the statutory requirements of 28 U.S.C. §1782(a) and the discretionary factors that the Supreme Court articulated in *Intel*. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 259 (2004) (Section 1782(a) permits discovery in aid of future proceedings that are "within reasonable contemplation").

Second, IMR seeks the requested discovery "for use" in the existing Dutch Action, as IMR will be allowed to introduce new evidence on appeal. (*See* IMR Br. at 16; IMR Reply Br. at 5-6.) In the wake of its recent defeat in the Dutch Action, ECVK has already made public statements indicating that it will appeal the Dutch court's judgment (media reports containing public statements from ECVK are attached hereto as Exhibit B). As the public statements from

ECVK make clear, on appeal, both parties will have the opportunity to submit "additional evidence . . . which the Dutch court did not . . . have an opportunity to review." Ex. B at 2. This will include the evidence that IMR obtains pursuant to its Application.

For the reasons stated above, and for the reasons detailed in IMR's briefing, IMR respectfully requests that the Court issue an Order approving IMR's Application for discovery.

Dated: Washington, D.C.
June 27, 2014

Respectfully submitted,

/s/ S. Nathan Park  ___
S. Nathan Park (D.C. Bar No. 1000365)
KOBRE & KIM LLP
1919 M Street NW
Washington, D.C. 20036
Tel:  +1 202 664 1900
Fax: +1 202 664 1920
nathan.park@kobrekim.com

Jonathan D. Cogan (admitted *pro hac vice*)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel:  +1 212 488 1200
Fax: +1 212 488 1220
jonathan.cogan@kobrekim.com

*Attorneys for Applicant International Mineral Resources B.V.*