UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 1:14-MC-00340 (GK) |

**NOTICE OF DECISION IN DUTCH ACTION**

# **EXHIBIT B**

Conferences   Awards   Classifieds   About Us                                    LOG IN   SUBSCRIBE   REGISTER







Moscow
MIN 8   MAX 16
Mostly Clear / 02:57 AM / Traffic

**Home**   **News**   **Business**   **Opinion**   **Arts & Ideas**   **Multimedia**        Search

USD ↑ 35.5154  0.2635    EUR ↑ 48.8834  0.2009    MICEX ↓ 1366.04  -0.534%

Today's Paper

# Dutch Court Dismisses Russian Fertilizer Firm's $900 Million Fraud and Bribery Suit

Reuters   |   Jun. 26 2014 14:15   |   Last edited 14:15



**Andrei Makhonin / Vedomosti**

EuroChem had engaged Shaft Sinkers to dig a mineshaft that later flooded, delaying a 4 billion euro ($5.4 billion) potash project.

Russia's third-largest fertilizer maker, EuroChem, said it would continue to fight in a Dutch court against International Mineral Resources, or IMR, a day after the court dismissed its 660 million euro ($900 million) claim for bribery and fraud.

EuroChem said South African-based mining services company Shaft Sinkers, 48 percent owned by Dutch-based investment company IMR, covered up deficiencies in its work.

EuroChem, owned by Russian tycoon Andrei Melnichenko, had engaged Shaft Sinkers to dig a mineshaft that later flooded, delaying a 4 billion euro ($5.4 billion) potash project.

EuroChem accused Shaft Sinkers of not informing it about the results of an independent report that said the sealant they were using would not keep the mine water-free, and of bribing a EuroChem employee to keep the company from learning about problems with the project.

The Dutch court on Wednesday said IMR, owned by a trio of tycoons from ex-Soviet states, did not have operational control over Shaft Seekers and could not be held accountable for any alleged failings.

**Most Read**   |   **Most Shared**

1. Kudrin Named Head of Moscow Exchange Board
2. Bulgaria Says South Stream Deal With Russia Does Not Break EU Law
3. Putin Holds 4-Way Call With Leaders of Germany, France and Ukraine
4. U.S. Business Groups to Run Ads Attacking Fresh Russia Sanctions
5. U.S. State Department Says New Russia Sanctions 'Ready to Go'

Advertisement

**The Moscow Times Books**
Photo Album, Guides for foreigners doing business in Russia, etc.



A spokeswoman for EuroChem said on Thursday the company had uncovered "a large amount of additional evidence of the fraud which the Dutch court did not yet have the opportunity to review."

This additional evidence would now be submitted for the next stage of the Dutch court case, the spokeswoman said in an e-mailed statement.

"EuroChem believes that it has very strong evidence to support its case against IMR and will continue with the claim in the Dutch court," the spokeswoman said.

IMR hit back against EuroChem's claims.

"This appears to be a further tactic to draw out the legal proceedings which we have always said are baseless and without foundation," a spokeswoman for IMR said in a statement in response to EuroChem's comments.

"IMR is now considering pursuing EuroChem for defamation and reputational losses as a result of this spurious action."

Photo Gallery



Black Sea Fleet Receives New Sub

 

The Best Russian World Cup Fans    Putin's Russia

## Also in News


**Russia Unfazed by New EU Economic Sanctions Warning**


**Kudrin Named Head of Moscow Exchange Board**


**Vessel Believed to be Russian Tsarist Submarine Discovered in the Baltic**


**Presidential Library Competition Looks for Foreigners' Photos**

Editors' Picks

 Inside the Soviet Union's Secret Erotica Collection

 Russia Turns East, Belatedly and With Caution

 Russia's Northern Fleet Gets New Nuclear Attack Submarine

The Moscow Times is happy to serve as a platform for intelligent and constructive discussion. Any comment deemed non-constructive, personal attacks, spam and abuse will not be tolerated and will lead to you being banned from our website.

**AROUND THE WEB**

**4 Things Happen Just Before a Heart Attack** Newsmax Health

**Warren Buffett Tells You How to Turn $40 Into $10 Million** The Motley Fool

**6 Actors Who Were Fired From Famous Movies** Answers.com

**BREAKING: New iPad Airs and More Being Sold for Next to Nothing** Lifefactopia

**ALSO ON THE MOSCOW TIMES**                    WHAT'S THIS?

**Duma Committee Plans Crackdown on Foreign Online Payment …** 2 comments

**Today's EU Doesn't Have Room for Ukraine | Opinion** 13 comments

**U.S. Business Groups to Run Ads Attacking Fresh Russia …** 18 comments

**U.S. State Department Says New Russia Sanctions 'Ready to Go' | News** 12 comments

0 Comments     **The Moscow Times**                          **Login**

Sort by Best                                      Share    Favorite

Start the discussion…

Be the first to comment.

Subscribe    Add Disqus to your site

**THE MOSCOW TIMES**

Sitemap
About Us
Work for Us
Advertise with Us
Where to Pick Up MT

**FOLLOW US**

Mobile Site
Print Editions
RSS
Facebook
Twitter

**SUPPLEMENTS**

Guides
Country Reports
Bookstore

**TMT EVENTS**

Conferences
Awards

*The Moscow Times*

© Copyright 1992-2014. The Moscow Times. All rights reserved.
Электронное периодическое издание «The Moscow Times» зарегистрировано в Федеральной службе по надзору за соблюдением законодательства в сфере массовых коммуникаций и охране культурного наследия 04 июля 2006 г. Свидетельство о регистрации Эл № ФС77–24949. 16+






Print | Close this window

# Russia's EuroChem to fight on in Dutch court after setback

Thu Jun 26, 2014 8:05am GMT

MOSCOW, June 26 (Reuters) - Russian fertiliser maker EuroChem said it would continue to fight in a Dutch court against International Mineral Resources (IMR), a day after the court dismissed its 660 million euro ($900 million) claim for bribery and fraud.

EuroChem accused South African-based mining services company Shaft Sinkers, 48 percent owned by Dutch-based investment company IMR, of covering up deficiencies in its work.

Russia's third-largest fertiliser maker, owned by Russian tycoon Andrei Melnichenko, had engaged Shaft Sinkers to dig a mineshaft that later flooded, delaying a 4 billion euro potash project.

EuroChem said Shaft Sinkers had kept from it an independent report saying the sealant they were using would not keep the mine water-free and bribed a EuroChem employee to keep the company from learning about problems with the project.

The Dutch court on Wednesday said IMR, owned by a trio of tycoons from ex-Soviet states, did not have operational control over Shaft Seekers and could not be held liable for any alleged failings.

A spokeswoman for EuroChem said on Thursday the company had uncovered "a large amount of additional evidence of the fraud which the Dutch court did not yet have the opportunity to review".

This additional evidence would now be submitted for the next stage of the Dutch court case, the spokeswoman said in an emailed statement.

"EuroChem believes that it has very strong evidence to support its case against IMR and will continue with the claim in the Dutch court," the spokeswoman said.

IMR said in a statement on Wednesday that it believed all the allegations by EuroChem "were completely without foundation".

($1 = 0.7335 Euros) (Reporting by Megan Davies; Editing by Mark Potter)

© Thomson Reuters 2014. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.



| HOME | SUBSCRIBERS | TRADE | PRODUCTS & SERVICES | NEWS | | | | Contact Sharenet |

News Home • SA Business • Africa Business • Europe Business • US Business • Asia Business • Australasia • Forex • Markets • International

## Russia's EuroChem to fight on in Dutch court after setback

(Adds IMR statement)

MOSCOW, June 26 (Reuters) - Russian fertiliser maker EuroChem said it would continue to fight in a Dutch court against International Mineral Resources (IMR), a day after the court dismissed its 660 million euro ($900 million) claim for bribery and fraud.

EuroChem accused South African-based mining services company Shaft Sinkers, 48 percent owned by Dutch-based investment company IMR, of covering up deficiencies in its work.

Russia's third-largest fertiliser maker, owned by Russian tycoon Andrei Melnichenko, had engaged Shaft Sinkers to dig a mineshaft that later flooded, delaying a 4 billion euro potash project.

EuroChem said Shaft Sinkers had kept from it an independent report saying the sealant they were using would not keep the mine water-free and bribed a EuroChem employee to keep the company from learning about problems with the project.

The Dutch court on Wednesday said IMR, owned by a trio of tycoons from ex-Soviet states, did not have operational control over Shaft Seekers and could not be held liable for any alleged failings.

A spokeswoman for EuroChem said on Thursday the company had uncovered "a large amount of additional evidence of the fraud which the Dutch court did not yet have the opportunity to review".

This additional evidence would now be submitted for the next stage of the Dutch court case, the spokeswoman said in an emailed statement.

"EuroChem believes that it has very strong evidence to support its case against IMR and will continue with the claim in the Dutch court," the spokeswoman said.

IMR hit back against EuroChem's claims.

"This appears to be a further tactic to draw out the legal proceedings which we have always said are baseless and without foundation," a spokeswoman for IMR said in a statement in response to EuroChem's comments.

"IMR is now considering pursuing EuroChem for defamation and reputational losses as a result of this spurious action."

($1 = 0.7335 Euros) (Reporting by Megan Davies; Editing by Mark Potter)

First Published: 2014-06-26 10:05:02
Updated 2014-06-26 11:37:40



Send e-mail to support@sharenet.co.za for any enquiries or see Contact Details for phone numbers
Home • Terms & conditions • PAIA • Privacy Policy • Security Notice • Contact Details
Market Statistics are calculated by Sharenet and are therefore not the official JSE Market Statistics. The calculation/derivation may include underlying JSE data.
© 2014 SHARENET (PTY) Ltd, Cape Town, South Africa

