UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:                                              :
                                                    :
APPLICATION OF INTERNATIONAL,                       :
MINERAL RESOURCES, B.V. FOR AN                      :
ORDER TO TAKE DISCOVERY PURSUANT                    :   Miscellaneous Matter 14-340 (GK)
TO 28 U.S.C. § 1782                                 :
                                                    :
            Applicant.                              :

## MEMORANDUM ORDER

Upon consideration of Petitioner's *Ex Parte* Application for an Order Under 28 U.S.C. § 1782 Permitting International Mineral Resources B.V. to Issue a Subpoena for the Taking of a Deposition and the Production of Documents From Rinat Akhmetshin [Dkt. No. 1], the Memorandum of Points and Authorities in Opposition [Dkt. No. 10], the Reply Memorandum in Further Support of the Application [Dkt. No. 11], the Surreply in Further Opposition to Application Request [Dkt. No. 15], and the Notice of Decision in Dutch Action [Dkts. No. 16 and 16-1], the Court concludes that the Application shall be **denied without prejudice.**

International Mineral Resources B.V. ("IMR"), the Applicant filing in this Motion, seeks discovery--namely, documents and deposition testimony--pursuant to Section 1782 of Title 28 of the U.S. Code. IMR was sued by ECVK in the Amsterdam Dutch Court. IMR seeks discovery under Section 1782 from Rinat Akhmetshin, a consultant working for ECVK. ECVK strongly opposes the granting of such discovery.

IMR filed its Application *ex parte* on April 3, 2014 [Dkt. No. 1]. The Court Ordered that the Application be served personally upon, Mr. Akhmetshin. IMR complied, and the parties then proceeded to fully litigate the propriety of granting discovery under Section 1782. Their briefing

ended on May 30, 2014, when ECVK filed its Surreply on June 16, 2014 [Dkt. No. 15]. On June 27, 2014, the Dutch Court issued its final decision, ruling in favor of IMR on the merits of all claims made by ECVK. Of course, ECVK will have an opportunity to contest the trial judge's decision within the appellate structure of the Dutch judiciary.

This Court has carefully considered the extensive briefing by the Parties, and has carefully read the detailed Opinion issued by Judges A.W.H. Vink, K.M. van Hassel, and R. Raat. The Court concludes, in the exercise of its discretion under Section 1782, that the Application, at this time, should be **denied without prejudice**. The Court understands that IMR, as well as ECVK, will have an opportunity to submit additional evidence at the appellate level. However, we certainly do not know whether either party will take advantage of that opportunity. Therefore, this Court concludes that it is now premature to grant the pending Application, which, as noted, is being **denied without prejudice**.

9/23/14

_____
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**