# EXHIBIT A

REVISED AKHMETSHIN-IMR PRIVILEGE LOG FOR 4/15/2012-8/31/2013[1]

| Priv. ID No. | Document Type | Date | Author or Custodian | Recipient(s) | Privilege | Description |
|---|---|---|---|---|---|---|
| 1. | Email | 4/24/2012 | 2703tarazuisun @gmail.com | Rinat Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 2. | Email | 4/25/2012 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 3. | Email | 4/26/2012 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 4. | Email | 4/26/2012 | R. Akhmetshin | Patrick Salisbury, Esq.; Andy Ryan, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: Akhmetshin's proposal for scope of expert research, investigation and communication work |
| 5. | Email | 5/3/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning Akhmetshin proposal |
| 6. | Email | 5/10/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

**Deleted:** and

[1] This Privilege Log covers documents and communications responsive to the February 5, 2015 Subpoena in the possession, custody, and control of Rinat Akhmetshin dated between 4/15/2012 and 8/31/2013.  Pursuant to Mr. Akhmetshin's Preliminary Objections dated February 18, 2015, Salisbury & Ryan first broached the possibility of working with Mr. Akhmetshin with respect to ECVK sometime during the second half of April 2012. The relationship was terminated on or about Memorial Day 2013. Accordingly, Mr. Akhmetshin believes the relevant time period for the Subpoena to be from the inception of the contract (approximately April 15, 2012) to termination and wind up of the contract (approximately August 31, 2013). *See Williams v. City of Dallas*, 178 F.R.D. 103 (N.D. Tex. 1998) (restricting relevant time frame for subpoena). Documents pre-dating and post-dating Mr. Akhmetshin's involvement with Salisbury & Ryan with respect to ECVK are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. To the extent the Subpoena seeks documents pre-dating 4/15/2012 or post-dating 8/31/2013 which are protected by a privilege, Mr. Akhmetshin expressly reserves the right to supplement and augment this privilege log and assert any applicable privileges should the Court rule that documents pre-dating 4/15/2012 or post-dating 8/31/2013 should be provided.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. | Email | 5/10/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 8. | Email | 5/10/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 9. | Email | 5/10/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 10. | Email | 5/10/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 11. | Email | 5/10/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 12. | Email | 5/21/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 13. | Email | 5/27/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 14. | Email | 5/28/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 15. | Email | 5/28/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16. | Email | 5/28/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 17. | Email | 5/28/2012 | R. Akhmetshin | P. Salisbury, Esq.; A. Ryan | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 18. | Email | 5/28/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: report to counsel concerning ENRC |
| 19. | Email | 6/4/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 20. | Email | 6/4/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 21. | Email | 6/4/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 22. | Email | 6/19/2012 | Ken Silverstein | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation concerning ENRC litigation |
| 23. | Email | 6/19/2012 | R. Akhmetshin | K. Silverstein | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 24. | Email | 6/19/2012 | K. Silverstein | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 25. | Email | 6/19/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

| | | | | | | |
|---|---|---|---|---|---|---|
| 26. | Email | 6/20/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 27. | Email | 6/20/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 28. | Email | 6/21/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 29. | Email | 6/21/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 30. | Email | 6/23/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: Akhmetshin engagement agreement |
| 31. | Email & Attachment | 6/26/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: Akhmetshin engagement agreement |
| 32. | Email | 6/26/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: Akhmetshin engagement agreement payment |
| 33. | Email | 6/26/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: Akhmetshin engagement agreement payment |
| 34. | Email | 6/26/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: Akhmetshin engagement agreement payment |

| 35. | Email | 6/27/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging call with counsel |
| 36. | Email | 6/28/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging call with counsel |
| 37. | Email | 6/28/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging call with counsel |
| 38. | Email | 7/2/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 39. | Email | 7/2/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 40. | Email | 7/2/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 41. | Email | 7/2/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 42. | Email | 7/6/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 43. | Email | 7/6/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |

**Deleted:** Akhmetshin engagement

**Deleted:** Akhmetshin engagement

**Deleted:** Akhmetshin engagement

| | | | | | | |
|---|---|---|---|---|---|---|
| 44. | Email | 7/6/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 45. | Email | 7/8/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 46. | Email | 7/8/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 47. | Email | 7/9/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 48. | Email | 7/9/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 49. | Email | 7/9/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 50. | Email | 7/10/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 51. | Email | 7/10/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 52. | Email | 7/10/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: location of meeting with counsel concerning research and investigation |

| | | | | | | |
|------|-------|-----------|---------------------|-------------------|---------------------------------------------------------------------------|--------------------------------------------------------------------------------------------|
| 53. | Email | 7/13/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: meeting with counsel concerning research and investigation |
| 54. | Email | 7/13/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: meeting with counsel concerning research and investigation |
| 55. | Email | 7/18/2012 | Kirstin Ridley | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 56. | Email | 7/18/2012 | R. Akhmetshin | K. Ridley | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 57. | Email | 7/23/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 58. | Email | 7/23/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 59. | Email | 7/23/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 60. | Email | 7/23/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 61. | Email | 7/23/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

| 62. | Email | 7/23/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 63. | Email | 8/2/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging call with counsel concerning status update |
| 64. | Email | 8/2/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: update on research and investigation |
| 65. | Email | 8/13/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: update on research and investigation |
| 66. | Email | 8/13/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: update on research and investigation |
| 67. | Email | 8/30/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: update on research and investigation |
| 68. | Email | 8/30/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 69. | Email | 8/30/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 70. | Email | 9/1/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |

**Deleted:** research and investigation

**Deleted:** meeting with counsel

**Deleted:** meeting

**Deleted:** meeting

| | | | | | |
|---|---|---|---|---|---|
| 71. | Email | 9/1/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 72. | Email | 9/1/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 73. | Email | 9/1/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 74. | Email | 9/1/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 75. | Email | 9/4/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 76. | Email | 9/7/2012 | P. Salisbury, Esq. | Valery Sidnev, Esq. (Eurochem); Cc: R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: coordination of Akhmetshin investigation |
| 77. | Email | 9/14/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation update to counsel |
| 78. | Email | 9/14/2012 | Dimitry Joffe, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 79. | Email | 9/14/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

**Deleted:** R. Akhmetshin;

**Deleted:** research and

| | | | | | | |
|---|---|---|---|---|---|---|
| 80. | Email | 9/18/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 81. | Email | 9/19/2012 | D. Joffe, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 82. | Email | 9/19/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 83. | Email | 9/19/2012 | D. Joffe, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 84. | Email | 9/19/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 85. | Email | 9/19/2012 | D. Joffe, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: confirmation of Akhmetshin meeting with counsel |
| 86. | Email | 9/19/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: confirmation of Akhmetshin meeting with counsel |
| 87. | Email | 9/19/2012 | D. Joffe, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: confirmation of Akhmetshin meeting with counsel |
| 88. | Email | 9/19/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: confirmation of Akhmetshin meeting with counsel |

| | | | | | |
|---|---|---|---|---|---|
| 89. | Email | 9/24/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press reports |
| 90. | Email | 9/24/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: status of expert research and investigation |
| 91. | Email | 9/25/2012 | R. Akhmetshin | D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press announcement of possible bribery by Shaft Sinkers |
| 92. | Email | 9/25/2012 | R. Akhmetshin | 2703tarazuisun@gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press announcement of possible bribery by Shaft Sinkers |
| 93. | Email | 9/26/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 94. | Email | 9/26/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 95. | Email | 9/26/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 96. | Email | 9/26/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: confirmation of Akhmetshin meeting with counsel |
| 97. | Email | 9/26/2012 | R. Akhmetshin | K. Silverstein | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: announcement of criminal investigation of possible bribery by Shaft Sinkers |
| 98. | Email | 9/26/2012 | K. Silverstein | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: announcement of criminal investigation of possible bribery by Shaft Sinkers |

**Deleted:** expert research and investigation

| | | | | | | |
|---|---|---|---|---|---|---|
| 99. | Email & Attachment | 10/23/2012 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 100. | Email | 10/23/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 101. | Email | 10/23/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 102. | Email | 10/23/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 103. | Email & Attachment | 10/25/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press reports concerning ECVK – Shaft Sinkers arbitration |
| 103a | Email | 10/25/2012 | Matthew Feser, Esq. | P. Salisbury, Esq. | Attorney-Client Privilege; Work Product Doctrine | Communication re: press reports concerning ECVK – Shaft Sinkers arbitration |
| 104. | Email | 10/25/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press reports concerning ECVK – Shaft Sinkers arbitration |
| 105. | Email & Attachment | 11/1/2012 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 106. | Email | 11/1/2012 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging call regarding research and investigation |
| 107. | Email & Attachment | 11/1/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |

Deleted: teleconference

Deleted: teleconference

Deleted: teleconference

Deleted: meeting with counsel

Deleted: research and investigation

Deleted: Non-testifying Expert Privilege;

Deleted: research and investigation

| | | | | | |
|---|---|---|---|---|---|
| 108. | Email | 11/1/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 109. | Email | 11/2/2012 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 110. | Email | 11/2/2012 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 111. | Email & Attachments | 11/5/2012 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 112. | Email | 11/5/2012 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 113. | Email | 11/5/2012 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 114. | Email | 11/12/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin telephone call with counsel |
| 115. | Email | 11/12/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin telephone call with counsel |
| 116. | Email | 11/12/2012 | P. Salisbury, Esq. | R. Akhmetshin, D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin telephone call with counsel |
| 117. | Email | 11/12/2012 | R. Akhmetshin | P. Salisbury, Esq., D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin telephone call with counsel |

**Deleted:** meeting

**Deleted:** meeting

**Deleted:** meeting

**Deleted:** meeting

| 118. | Email | 11/16/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re research and investigation |
|------|-------|------------|--------------------|---------------|-----------------------------------------------------------------------------------|---------------------------------------------|
| 119. | Email | 11/19/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 120. | Email | 11/26/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 121. | Email | 11/26/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 122. | Email | 11/26/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 123. | Email | 12/6/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 124. | Email | 12/7/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel concerning research and investigation |
| 125. | Email | 12/13/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 126. | Email | 12/13/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

| 127. | Email | 12/13/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 128. | Email | 12/13/2012 | R. Akhmetshin | P. Salisbury, Esq. | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 129. | Email | 12/13/2012 | P. Salisbury, Esq. | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 130. | Email | 12/13/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 131. | Email | 12/13/2012 | R. Akhmetshin | Daniel Balint-Kurti | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 132. | Email | 12/14/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 133. | Emails | 12/14/2012 | P. Salisbury, Esq. | R. Akhmetshin, D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 134. | Email | 12/14/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 135. | Email | 12/14/2012 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |

**Deleted:** counsels

| | | | | | | |
|---|---|---|---|---|---|---|
| 136. | Email | 12/14/2012 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging meeting with counsel |
| 137. | PDF | 12/27/2012 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 138. | Email | 1/2/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin telephone call with counsel |
| 139. | Email | 1/2/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 140. | Email | 1/2/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 141. | Email | 1/2/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging telephone call with counsel |
| 142. | Email | 1/5/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |

**Deleted:** Research and investigation

**Deleted:** telephonic meeting

**Deleted:** telephonic meeting

**Deleted:** telephonic meeting

**Deleted:** telephonic meeting

| 143. | Email | 1/5/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 144. | Email | 1/5/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 145. | Email | 1/5/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 146. | Email | 1/5/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 147. | Email | 1/5/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 148. | Email | 1/5/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 149. | Email | 1/8/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation into facts asserted in Shaft Sinkers arbitration |

| | | | | | | |
|---|---|---|---|---|---|---|
| 150. | Email | 1/8/2013 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 151. | Email | 1/8/2013 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: ENRC and IMR litigation |
| 152. | Email | 1/15/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press inquiries regarding Shaft Sinkers |
| 153. | Email | 1/15/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press reports regarding Shaft Sinkers |
| 154. | Email | 1/16/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation into litigation against Trio |
| 155. | Email | 1/16/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging call with counsel |
| 156. | Email & Attachment s | 1/17/2013 | Nikos Asimakopoulos | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |

**Deleted:** research

**Deleted:** investigation

**Deleted:** research and investigation

**Deleted:** research and investigation

**Deleted:** research and investigation

| 157. | Email | 1/17/2013 | R. Akhmetshin | N. Asimakopoulos; 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation | |
|---|---|---|---|---|---|---|---|
| 158. | Email & Attachments | 1/17/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation | |
| 159. | Email | 2/4/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: press reports | **Deleted:** research and investigation |
| 160. | Email & Attachments | 2/4/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation | |
| 161. | Email | 2/4/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: research and investigation and telephone call with counsel | **Deleted:** telephonic meeting |
| 162. | Email | 2/4/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications regarding telephone call with counsel | **Deleted:** telephonic meeting |
| 163. | Email & Attachment | 2/6/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 164. | Email | 2/13/2013 | R. Akhmetshin | Simon Goodley | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 165. | Email | 2/13/2013 | R. Akhmetshin | Simon Goodley | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 166. | PDF | 2/14/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 167. | Email & Attachment | 2/17/2013 6:18 PM | 2703tarazuisun@gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 168. | Email | 2/17/2013 8:31 PM | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press report concerning ENRC |
| 169. | Email | 2/20/2013 | S. Goodley | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 170. | Email | 2/20/2013 | R. Akhmetshin | S. Goodley | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation. |

**Deleted:** Research and investigation

**Deleted:** research and investigation

| 171. | Email | 2/21/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press inquiries |
| 172. | Email & Attachments | 3/4/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: upcoming press report on ENRC |
| 173. | Email & Attachment | 3/11/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: press report concerning ENRC |
| 174. | PDF | 3/13/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 175. | Email & Attachment | 3/15/2013 | 2703tarazuisun @gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 176. | Email | 3/15/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 177. | Email | 3/15/2013 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |

**Deleted:** research and investigation

**Deleted:** research and investigation

**Deleted:** research and investigation

**Deleted:** Research and investigation

| 178. | Email | 3/15/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel | |
|------|-------|-----------|---------------|--------------------|-----------------------------------------------------------------------------------|-------------------------------------------------------------|---|
| 179. | Email | 3/15/2013 | R. Akhmetshin | 2703tarazuisun@gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press report concerning ENRC | **Deleted:** research and investigation |
| 180. | Email | 3/15/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: press report concerning ENRC | **Deleted:** Communication re: research and investigation |
| 181. | Email | 3/15/2013 | 2703tarazuisun@gmail.com | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research press report concerning ENRC | **Deleted:** and investigation |
| 182. | Email | 3/15/2013 | R. Akhmetshin | 2703tarazuisun@gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press report concerning ENRC | **Deleted:** research and investigation |
| 183. | Email | 3/15/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press report concerning ENRC | **Deleted:** research and investigation |
| 184. | Email | 3/15/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press report concerning ENRC | **Deleted:** research and investigation |

| | | | | | |
|---|---|---|---|---|---|
| 185. | Skype Chat | 4/2/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press report concerning ENRC |
| 186. | Email | 4/2/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel regarding press report concerning ENRC |
| 187. | Email & Attachments | 4/2/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 188. | Email | 4/2/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 189. | Email | 4/2/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation concerning logistical arrangements between Akhmetshin and counsel |
| 190. | Email | 4/2/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation concerning logistical arrangements between Akhmetshin and counsel |
| 191. | Email & Attachments | 4/11/2013 | R. Akhmetshin | 2703tarazuisun@gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation. |

**Deleted:** research and investigation

| | | | | | | |
|---|---|---|---|---|---|---|
| 192. | Email | 4/11/2013 | S. Goodley | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 193. | Email | 4/11/2013 | R. Akhmetshin | P. Salisbury, Esq.; D. Joffe, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: press report concerning ENRC |
| 194. | PDF | 4/11/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 195. | Email | 4/15/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 196. | Email | 4/15/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel |
| 197. | Email | 4/16/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: press inquiries concerning ECVK-IMR litigation |
| 198. | Email | 4/16/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communications re: press inquiries concerning ECVK-IMR litigation |

**Deleted:** Communication re: research and investigation

**Deleted:** Communications re: research and investigation

**Deleted:** research and investigation

**Deleted:** research and investigation

| | | | | | | |
|---|---|---|---|---|---|---|
| 199. | Email & Attachments | 4/16/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 199a | Email | 4/16/2013 | M. Feser, Esq. | P. Salisbury, Esq. | Attorney-Client Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 200. | Email | 4/17/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 201. | Email & Attachments | 4/17/2013 | R. Akhmetshin | S. Goodley | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 202. | Email & Attachments | 4/17/2013 | R. Akhmetshin | K. Ridley | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 203. | Email | 4/18/2013 | K. Ridley | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation |
| 204. | PDF | 4/18/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |

**Deleted:** Research and investigation

| 205. | Email | 4/19/2013 | R. Akhmetshin | Mark Hollingsworth | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: IMR-ECVK litigation | |
| 206. | PDF | 4/23/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC | **Deleted:** Research and investigation |
| 207. | Email | 4/25/2013 | R. Akhmetshin | Edward Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: press report concerning ENRC | **Deleted:** news |
| 208. | Email | 4/25/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press inquiries regarding ECVK-IMR litigation | **Deleted:** third party contact |
| 209. | Email | 4/25/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: press inquiries regarding ECVK-IMR litigation | **Deleted:** third party contact |
| 210. | PDF | 4/25/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC | **Deleted:** Research and investigation |
| 211. | PDF | 4/26/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC | **Deleted:** Research and investigation |

| 212. | PDF | 4/28/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 213. | PDF | 4/29/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 214. | Email & Attachments | 4/30/2013 | R. Akhmetshin | 2703tarazuisun@gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: ENRC IPO |
| 215. | PDF | 4/30/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 216. | Email | 5/2/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 217. | Email | 5/2/2013 | E. Lieberman, Esq. | R. Akhmetshin | Attorney-Client Privilege | Communication with personal counsel re: press report concerning ENRC |
| 218. | Email | 5/2/2013 | R. Akhmetshin | E. Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: press report concerning ENRC |

**Deleted:** Research and investigation

**Deleted:** Research and investigation

**Deleted:** Research and investigation

**Deleted:** Communications re: research and investigation

**Deleted:** news

**Deleted:** news

| 219. | Email | 5/2/2013 | E. Lieberman, Esq. | R. Akhmetshin | Attorney-Client Privilege | Communication with personal counsel re: press report concerning ENRC |
| 220. | Email | 5/2/2013 | E. Lieberman, Esq. | R. Akhmetshin | Attorney-Client Privilege | Communication with personal counsel re: ENRC shareholders |
| 221. | Email | 5/2/2013 | R. Akhmetshin | E. Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: ENRC shareholders |
| 222. | Email | 5/2/2013 | R. Akhmetshin | E. Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: ENRC shareholders |
| 223. | PDF | 5/2/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 224. | Email | 5/3/2013 | E. Lieberman, Esq. | R. Akhmetshin | Attorney-Client Privilege | Communication with personal counsel re: ENRC shareholders |
| 225. | Email | 5/3/2013 | R. Akhmetshin | E. Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: ENRC shareholders |

**Deleted:** news

**Deleted:** Research and investigation

| | | | | | | |
|---|---|---|---|---|---|---|
| ~~226.~~ | ~~Email~~ | ~~5/3/2013~~ | ~~E. Lieberman, Esq.~~ | ~~R. Akhmetshin~~ | ~~Attorney-Client Privilege~~ | ~~Communication re: meeting with counsel~~ |
| ~~227.~~ | ~~Email~~ | ~~5/3/2013~~ | ~~R. Akhmetshin~~ | ~~E. Lieberman, Esq.~~ | ~~Attorney-Client Privilege~~ | ~~Communication re: meeting with counsel~~ |
| 228. | Email | 5/6/2013 | R. Akhmetshin | 2703tarazuisun @gmail.com; consult.media@ gmail.com; E. Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: press reports concerning ENRC |
| 229. | Email | 5/7/2013 | E. Lieberman, Esq. | R. Akhmetshin | Attorney-Client Privilege | Communication with personal counsel re: press reports concerning ENRC |
| 230. | Email | 5/7/2013 | R. Akhmetshin | 2703tarazuisun @gmail.com; consult.media@ gmail.com | Attorney-Client Privilege | Communication re: press reports concerning ENRC |
| 231. | Email | 5/7/2013 | R. Akhmetshin | E. Lieberman, Esq. | Attorney-Client Privilege | Communication with personal counsel re: press reports concerning ENRC |
| 232. | Email | 5/7/2013 | E. Lieberman, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication with personal counsel re: press reports concerning ENRC |

**Deleted:** news

**Deleted:** news

**Deleted:** news

**Deleted:** news report

**Deleted:** re: meeting

| | | | | | | |
|---|---|---|---|---|---|---|
| 233. | Email | 5/9/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: seeking meeting with counsel |
| 234. | Email | 5/9/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: response to request for meeting with counsel |
| 235. | Email | 5/9/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: counsel's response to Akhmetshin request for meeting with counsel |
| 236. | PDF | 5/10/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |
| 237. | Email | 5/22/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: meeting with counsel |
| 238. | Email | 5/22/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: response to meeting with counsel |
| 239. | PDF | 5/23/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC |

**Deleted:** research and investigation

**Deleted:** research and investigation

**Deleted:** Research and investigation

**Deleted:** Research and investigation

| 240. | Email | 5/24/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: meeting with counsel concerning press inquiries | |
|------|-------|-----------|---------------|--------------------|-----------------------------------------------------------------------------------|--------------------------------------------------------------------|--|
| 241. | Email | 5/24/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: meeting with counsel concerning press inquiries | |
| 242. | PDF | 5/24/2013 | R. Akhmetshin | | Non-testifying Expert Privilege; Work Product Doctrine | Press report concerning ENRC | **Deleted:** Research and investigation |
| 243. | Email | 5/27/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: meeting with counsel concerning press inquiries | |
| 244. | Email | 5/27/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel | **Deleted:** R. Akhmetshin  **Deleted:** P. Salisbury, Esq. |
| 245. | Email | 5/27/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel | |
| 246. | Email | 5/27/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: arranging Akhmetshin meeting with counsel | |

| 247. | Email & Attachments | 5/28/2013 | R. Akhmetshin | Scott Horton | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
|------|---------------------|-----------|---------------|--------------|--------------------------------------------------------|----------------------------------------------|
| 248. | Email & Attachments | 5/29/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service and final expert research and investigation |
| 249. | Email | 5/29/2013 | R. Akhmetshin | S. Horton | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 250. | Email | 5/29/2013 | R. Akhmetshin | 2703tarazuisun @gmail.com | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 251. | Email | 5/29/2013 | S. Horton | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 252. | Email | 5/29/2013 | S. Horton | R. Akhmetshin | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
| 253. | Email | 5/29/2013 | R. Akhmetshin | S. Horton | Non-testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |

| | | | | | |
|---|---|---|---|---|---|
| 254. | Email | 5/29/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service and final expert research and investigation |
| 255. | Email | 5/29/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service and final expert research and investigation |
| 256. | Email | 5/29/2013 | P. Salisbury, Esq. | R. Akhmetshin | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service |
| 257. | Email | 5/29/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service |
| 258. | Email | 6/5/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service |
| 259. | Email | 6/17/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: termination of service |
| 260. | Email | 6/19/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: follow-up developments concerning government agency investigations of ENRC |

| 261. | Email | 6/24/2013 | R. Akhmetshin | D. Gillison | Non testifying Expert Privilege; Work Product Doctrine | Communication re: research and investigation |
|---|---|---|---|---|---|---|
| 262. | Email & Attachment | 7/24/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: follow-up developments concerning third-party inquiry |
| 263. | Email | 8/27/2013 | R. Akhmetshin | P. Salisbury, Esq. | Attorney-Client Privilege; Non-testifying Expert Privilege; Work Product Doctrine | Communication re: follow-up developments concerning government agency investigations of ENRC |