# EXHIBIT B

| **Exhibit B:  Descriptions Provided in Mr. Akhmetshin's Revised Privilege Log** |
|---|
| Communication re: research and investigation |
| Communication re: Akhmetshin engagement agreement |
| Communication re: Akhmetshin engagement agreement payment |
| Communication re: Akhmetshin's proposal for scope of expert research, investigation and communication work |
| Communication re: announcement of criminal investigation of possible bribery by Shaft Sinkers |
| Communication re: arranging Akhmetshin meeting with counsel |
| Communication re: arranging Akhmetshin meeting with counsel regarding press report concerning ENRC |
| Communication re: arranging Akhmetshin telephone call with counsel |
| Communication re: arranging call regarding research and investigation |
| Communication re: arranging call with counsel |
| Communication re: arranging call with counsel concerning status update |
| Communication re: arranging meeting with counsel concerning research and investigation |
| Communication re: arranging meeting with counsel |
| Communication re: arranging meeting with counsel concerning Akhmetshin proposal |
| Communication re: arranging telephone call with counsel |
| Communication re: confirmation of Akhmetshin meeting with counsel |
| Communication re: coordination of Akhmetshin investigation |
| Communication re: counsel's response to Akhmetshin request for meeting with counsel |
| Communication re: ENRC and IMR litigation |
| Communication re: ENRC IPO |
| Communication re: follow-up developments concerning government agency investigations of ENRC |

| |
|---|
| Communication re: follow-up developments concerning third-party inquiry |
| Communication re: IMR-ECVK litigation |
| Communication re: location of meeting with counsel concerning research and investigation |
| Communication re: meeting with counsel |
| Communication re: meeting with counsel concerning press inquiries |
| Communication re: meeting with counsel concerning research and investigation |
| Communication re: press announcement of possible bribery by Shaft Sinkers |
| Communication re: press inquiries |
| Communication re: press inquiries regarding ECVK-IMR litigation |
| Communication re: press inquiries regarding Shaft Sinkers |
| Communication re: press report concerning ENRC |
| Communication re: press reports |
| Communication re: press reports concerning ECVK – Shaft Sinkers arbitration |
| Communication re: press reports regarding Shaft Sinkers |
| Communication re: report to counsel concerning ENRC |
| Communication re: research and investigation concerning ENRC litigation |
| Communication re: research and investigation concerning logistical arrangements between Akhmetshin and counsel |
| Communication re: research and investigation into facts asserted in Shaft Sinkers arbitration |
| Communication re: research and investigation into litigation against Trio |
| Communication re: research and investigation update to counsel |
| Communication re: research press report concerning ENRC |
| Communication re: response to meeting with counsel |
| Communication re: response to request for meeting with counsel |

| |
|---|
| Communication re: seeking meeting with counsel |
| Communication re: status of expert research and investigation |
| Communication re: termination of service |
| Communication re: termination of service and final expert research and investigation |
| Communication re: update on research and investigation |
| Communication with personal counsel re: ENRC shareholders |
| Communication with personal counsel re: press report concerning ENRC |
| Communications re: research and investigation and telephone call with counsel |
| Communications re: upcoming press report on ENRC |
| Communications regarding telephone call with counsel |
| Press report concerning ENRC |