# EXHIBIT K

# Redacted Pursuant to Provisional Confidentiality Agreement