# EXHIBIT Y

# SPERDUTO THOMPSON PLC

1133 TWENTIETH STREET, N.W. - SECOND FLOOR
WASHINGTON, D.C. 20036
TEL. (202) 408-8900 - FAX (202) 408-8910
www.sperdutothompson.com

U.S. Legal Support
1818 Market St., Suite 240
Philadelphia, PA 19103
transcripts@uslegalsupport.com

April 30, 2015

**VIA EMAIL**

Re: Deposition of Rinat Akhmetshin (Job No. 141469)

Dear Sir or Madam:

    Pursuant to Federal Rules of Civil Procedure Rule 30(e), Mr. Akhmetshin submits the enclosed changes to his deposition transcript, which was taken by Dana Ryan on April 7, 2015 in the *In re Application of International Mineral Resources, B.V.* matter. Copies of the duly executed Errata Sheets enclosed identify the changes to be made to Mr. Akhmetshin's testimony and the reasons for making them. A copy of Mr. Akhmetshin's signed and notarized Acknowledgment of Deponent is also enclosed. Per your company's instructions, originals of the Errata and Acknowledgment of Deponent are being transmitted to the taking attorney, Jonathan D. Cogan at Kobre Kim LLP. Please ensure that Mr. Akhmetshin's testimony reflects these changes in the final record.

Very truly yours,

*[signature]*

Joshua S. Kauke


cc:    Jonathan D. Cogan, Esq. (originals by mail)


Enclosures

```
 1              E R R A T A   S H E E T
 2    IN RE:  APPLICATION OF INTERNATIONAL MINERAL
 3    RESOURCES, B.V. FOR AN ORDER TO TAKE DISCOVERY
 4    PURSUANT TO 28 U.S.C. 1782
 5    RETURN BY: _____
 6    PAGE   LINE            CORRECTION AND REASON
 7    26     3               change "inserting"
 8    ___    ___             to "observing"
 9    ___    ___             wrong word used
10    ___    ___
11    85     25              change "weeks"
12    ___    ___             to "months" —
13    ___    ___             wrong word used
14    ___    ___
15    [scribbled out]        ___
16    115    12              change "no" to "yes"
17    ___    ___             I reviewed emails
18    ___    ___
19    115    20              change "no, no," to
20    ___    ___             "yes, yes," — I reviewed
21    ___    ___             emails
22    ___    ___
23    136    12              change "share" to
24    ___    ___             "sure" — wrong word used
25    April 22, 2015 (DATE)           (SIGNATURE) [signature]
```

[Page 273]

```
 1              E R R A T A   S H E E T
 2   IN RE:  APPLICATION OF INTERNATIONAL MINERAL
 3   RESOURCES, B.V. FOR AN ORDER TO TAKE DISCOVERY
 4   PURSUANT TO 28 U.S.C. 1782
 5   RETURN BY: _____
 6   PAGE  LINE                CORRECTION AND REASON
 7   141   22      change "Ryan" to
 8   ___   ___     "Salisbury" - wrong
 9   ___   ___     word used
10   ___   ___
11   157   4       change "predicated"
12   ___   ___     to "educated"
13   ___   ___     wrong word used
14   ___   ___
15   157   22      change "(indescenible)"
16   ___   ___     to FCPA - wrong
17   ___   ___     word used
18   ___   ___
19   157   25      change "conspirator"
20   ___   ___     to "co-conspirator"
21   ___   ___     wrong word used
22   ___   ___
23   162   17      change "(indescernible)"
24   ___   ___     to "friends" - wrong word used
25       (DATE)                  (SIGNATURE)
         April 22, 2015
```

```
 1                  E R R A T A   S H E E T
 2    IN RE:  APPLICATION OF INTERNATIONAL MINERAL
 3    RESOURCES, B.V. FOR AN ORDER TO TAKE DISCOVERY
 4    PURSUANT TO 28 U.S.C. 1782
 5    RETURN BY:  _____
 6    PAGE   LINE                CORRECTION AND REASON
 7    179    17              change "knew" to
 8    ___    ___              "known" - wrong
 9    ___    ___              word used
10    ___    ___
11    203    6               change "providence"
12    ___    ___              to "provenance" twice
13    ___    ___              wrong word used
14    ___    ___
15    207    7               change "misrepresentation"
16    ___    ___              to "misinterpretation"
17    ___    ___              wrong word used
18    ___    ___
19    129    6               change "affect" to
20    ___    ___              "reflect" - wrong
21    ___    ___              word used
22    ___    ___              _____
23    ___    ___              _____
24    ___    ___              _____
25       (DATE)                    (SIGNATURE)
       April 22, 2015              [signature]
```

[Page 274]

1  ACKNOWLEDGMENT OF DEPONENT

2      I, Rinat Akhmetshin, do hereby
3  acknowledge that I have read and examined the
4  foregoing testimony, and the same is a true,
5  correct and complete transcription of the
6  testimony given by me and any corrections appear
7  on the attached Errata sheet signed by me.

8
9
10
11  _April 30, 2015_            _[signature]_
12  (DATE)                       (SIGNATURE)

13
14

15          CERTIFICATE OF NOTARY PUBLIC

16  Sworn and subscribed to before me this
17  _30th_ day of _April_, _2015_

18
19                              CHANG HO CHOI
                                NOTARY PUBLIC DISTRICT OF COLUMBIA
20  _[signature]_               My Commission Expires June 14, 2019
                                _____
21  NOTARY PUBLIC               MY COMMISSION EXPIRES

22
23
24
25

[Notary seal: CHANG HO CHOI, NOTARY PUBLIC, EXP. 6-14-2019, DISTRICT OF COLUMBIA]