# EXHIBIT Z

**From:** Joshua S. Kauke [mailto:jkauke@sperdutothompson.com]
**Sent:** Friday, May 15, 2015 3:00 PM
**To:** Fritz Scanlon
**Cc:** Kim Sperduto
**Subject:** IMR

Fritz:

At our last meet and confer on May 5, we promised to take another look at post-8/31/13 docs to see if we could provide some insight. Those docs may fairly be characterized as follows:

Non-privileged post-8/31/2013:

    1) News articles regarding ENRC in the news
    2) Email regarding ENRC in the news
    3) Enquiries from journalists re ENRC in the news
    4) Email with or regarding Baruch Halpert's outreach

Privileged post-8/31/2013 documents:

    1) Email between R. Akhmetshin and Sperduto Thompson PLC
    2) Email between Sperduto Thompson and ECVK Counsel subject to Joint-Defense Privilege
    3) Email containing documents subject to consulting expert privilege
    4) Email between R. Akhmetshin and P. Salisbury

Regards,

Josh


Joshua S. Kauke
Sperduto Thompson PLC
1133 Twentieth Street, NW
Second Floor
Washington, DC 20036
www.sperdutothompson.com

Admitted In DC, VA

202-733-6713 (office - direct)
202-408-8900 (office)
202-408-8910 (fax)

**From:** Joshua S. Kauke
**Sent:** Friday, May 08, 2015 2:31 PM
**To:** fritz.scanlon@kobrekim.com
**Subject:** IMR

Fritz:

I just wanted let you know that we are still evaluating post-8/31/13 documents as you requested Tuesday during the meeting.

We hope to have you a response sometime next week.

Regards,

Josh

Joshua S. Kauke
Sperduto Thompson PLC
1133 Twentieth Street, NW
Second Floor
Washington, DC 20036
www.sperdutothompson.com

Admitted In DC, VA

202-733-6713 (office - direct)
202-408-8900 (office)
202-408-8910 (fax)