**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 1:14-MC-00340 (GK) |

## NOTICE CONCERNING RULE 11 SUBMISSIONS AND ANTICIPATED RULE 37 MOTION

International Mineral Resources B.V. ("IMR") respectfully submits this notice in connection with the Court's Order of August 19, 2015, in which the Court granted IMR's motion to compel, ordered Rinat Akhmetshin to produce the vast majority of documents contained on his privilege log, and ordered Mr. Akhmetshin and Eurochem Volga-Kaliy LLC ("ECVK") to show cause why they should not be sanctioned under Federal Rule of Civil Procedure 11(b).

On September 1, 2015, Mr. Akhmetshin and ECVK filed memoranda arguing that they should not be sanctioned pursuant to Rule 11(b) (the "Rule 11 Submissions"). The Court has not directed IMR to respond to the Rule 11 Submissions, and, therefore, IMR does not intend to file a submission that directly opposes the Rule 11 Submissions.

However, IMR does intend to file a motion, pursuant to Federal Rule of Civil Procedure 37, to recover from Mr. Akhmetshin and ECVK reasonable legal fees incurred in connection with its motion to compel. In those motion papers, IMR will explain, among other things, why under Rule 37(a)(5)(A)(ii), the various privilege assertions that necessitated the motion to compel were not "substantially justified." In so doing, IMR expects to respond to certain

arguments raised by Mr. Akhmetshin and ECVK in their Rule 11 Submissions.  IMR will, of course, file those portions of Rule 37 motion under seal to the extent that the Rule 11 Submissions remain under seal at the time the Rule 37 motion is filed.

Dated:      Washington, D.C.
                 September 14, 2015

Respectfully submitted,

/s/ Sangyoon Nathan Park
S. Nathan Park (D.C. Bar No. 1000365)
KOBRE & KIM LLP
1919 M Street NW
Washington, D.C. 20036
Tel:  +1 202 664 1900
Fax: +1 202 664 1920
nathan.park@kobrekim.com

Jonathan D. Cogan (admitted *pro hac vice*)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel:  +1 212 488 1200
Fax: +1 212 488 1220
jonathan.cogan@kobrekim.com

*Attorneys for Applicant International Mineral Resources B.V.*