```
                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA


  In Re:                          )
                                  )
  Application of International    )
  Mineral Resources B.V. for an   )
  Order to Take Discovery         ) Civil Action
  Pursuant to 28 U.S.C. § 1782,   ) No. MC 14-340
                                  )
                  Applicant,      )
                                  ) STATUS CONFERENCE
  and                             )
                                  )
  Rinat Akhmetshin,               ) Washington, DC
                                  ) June 11, 2015
              Interested Party,   ) Time:  3:00 p.m.
                                  )
  and                             )
                                  )
  EuroChem Volga-Kalily, LLC,     )
                                  )
                  Movant.         )
 _____

              TRANSCRIPT OF STATUS CONFERENCE
                        HELD BEFORE
          THE HONORABLE JUDGE GLADYS KESSLER
                UNITED STATES DISTRICT JUDGE
 _____


                    A P P E A R A N C E S


  For the Applicant:          Jonathan D. Cogan
                              KOBRE & KIM, LLP
                              800 Third Avenue
                              Sixth Floor
                              New York, NY 10022


  For the Interested Party:   Kim Hoyt Sperduto
                              Joshua Kauke
                              SPERDUTO THOMPSON PLC
                              1133 20th Street, NW
                              Second Floor
                              Washington, DC 20036
```

```
1    For the Movant:        **Edward Jay Shapiro**
                            **William H. Rawson**
2                           LATHAM & WATKINS, LLP
                            555 11th Street, NW
3                           Suite 1000
                            Washington, DC 20004-1304
4

5    _____

6    Court Reporter:        Janice E. Dickman, RMR, CRR
                            Official Court Reporter
7                           United States Courthouse, Room 6523
                            333 Constitution Avenue, NW
8                           Washington, DC  20001
                            202-354-3267
```

1    THE COURT: Good afternoon, everybody. This is
2    miscellaneous case 14-340, In Re: Application of
3    International Mineral Resources for an Order to Take
4    Discovery.
5         Would the lawyers who are going to be speaking
6    please identify themselves for the record.
7    MR. COGAN: Good afternoon, Your Honor.
8    THE COURT: You have to come forward, please.
9    MR. COGAN: Good afternoon, Your Honor. Jonathan
10   Cogan from Kobre and Kim on behalf of International Mineral
11   Resources, or IMR.
12   THE COURT: All right.
13   MR. SPERDUTO: Good afternoon, Judge. Kim
14   Sperduto for Rinat Akhmetshin.
15   THE COURT: I'm sorry. Who are you representing?
16   MR. SPERDUTO: My name is Kim Sperduto, I'm
17   representing the respondent, Rinat Akhmetshin.
18   THE COURT: Mr. Akhmetshin, right.
19   MR. SPERDUTO: Thank you.
20   MR. SHAPIRO: Good afternoon, Your Honor. We've
21   moved to intervene for ECVK, a motion that is now unopposed.
22   I'm Ed Shapiro from Latham, Watkins.
23   THE COURT: Did you send me a proposed order
24   saying it was unopposed? Because usually unopposed matters
25   go out very quickly.

1         MR. SHAPIRO: We will do that, Your Honor, if
2    you'd permit that. We reached this agreement late yesterday
3    afternoon, sent an e-mail to your chambers.
4         THE COURT: Yes, I got the e-mail. I did.
5         MR. SHAPIRO: Would you like us to hand up an
6    order reflecting the substance of that e-mail?
7         THE COURT: That's up to you.
8         MR. SHAPIRO: We'd be happy to do it. I believe
9    it's unopposed and agreed between the parties.
10        THE COURT: I understand that, but I still -- we
11   should still have an order in ECF that shows that. I'm
12   very -- what should I say? procedurally careful. Anyway --
13        MR. SHAPIRO: I'm all for that.
14        THE COURT: I have been in trial for three and a
15   half days on something very different. I've only had a
16   chance to skim what this is about. I certainly know
17   generally what it's about, and that you've got a June 23rd,
18   I think it is, deadline -- or is it June 12th?
19        MR. SHAPIRO: Well, may I speak to that, Your
20   Honor? Because that's part of the subject matter of what we
21   submitted yesterday afternoon and would hand up in the form
22   of an order. I think Mr. Cogan ought to speak to June 23rd.
23        But as to the schedule in this matter, we've
24   conferred and the parties agree and would appreciate it if
25   Your Honor would grant a short extension of our responsive

1  papers to this application, to this motion, to be filed next
2  Thursday.  We've -- we were Wednesday and Friday and somehow
3  that came up Thursday.  And so we would hand that up.  How
4  that relates to the June 23rd date I can address as well.
5  And maybe I'll just try to address it quickly because I
6  don't think it's controversial any longer, and Mr. Cogan can
7  add to that further.
8          THE COURT:  Mr. Cogan should probably go first.
9          MR. SHAPIRO:  I'm happy to have him do that.  Sure.
10         THE COURT:  I think it's Mr. Cogan who's worried
11 about that deadline, right?
12         MR. COGAN:  That's right.  Thank you for the
13 opportunity.  I was worried about the deadline.  I think at
14 this point, practically speaking, what we've come to is,
15 given where we are on the calendar, and given the fact that
16 we have a motion to compel outstanding to get what we think
17 is important discovery from Mr. Akhmetshin that we haven't
18 received yet, and given that he has not even yet responded
19 to that motion to compel, meaning he hasn't submitted his
20 opposition, I think as a practical matter, while in the
21 ideal world we would have had this discovery in hand in time
22 to submit it along with our main filing in the Dutch action,
23 what we've basically resolved to do is we will -- assuming
24 Your Honor grants us the additional discovery, we will make
25 a supplemental submission to the Court, which our Dutch

1     counsel has advised us we can do prior to the time where
2     there's actually a hearing on the appeal.
3              And I think the reason why I still wanted to go
4     forward with the status conference is because I wanted to
5     respectfully ask the Court that even though we're now
6     slipping past that deadline, which was less than ideal,
7     that -- obviously, consistent with the court's schedule --
8     that we try and hammer out a schedule to get the motion to
9     compel resolved as quickly as the Court can so that if the
10    Court decides we're entitled to additional discovery, that
11    we get it and we have it in time so that we can submit it to
12    the Court.
13             THE COURT: Well, let me go over what I have,
14    which Mr. Shapiro sent to my judicial assistant. And that
15    is, that two of the parties want seven more days to file
16    their opposition to the motion to compel. Am I right about
17    that, everyone?
18             MR. SHAPIRO: The -- well, I think all three
19    parties would agreed to it. But, yes, two of them would
20    be --
21             THE COURT: Wait. You have to come forward.
22             MR. SHAPIRO: -- do it in six days, not seven.
23             THE COURT: You have to talk into the mic,
24    everybody. I'm sorry. These courtrooms don't have the
25    greatest acoustics.

1    MR. SHAPIRO: That's okay. I love the rare
2    opportunity to be told that I'm talking too quietly. It
3    never happens at home.
4         All the parties agreed to it. Two of the parties
5    would indeed be filing responsive papers. And it's six
6    days, not seven. So what the parties have agreed upon as a
7    date for opposition to the pending motion is Thursday, June
8    18th. Thursday, June --
9        MR. COGAN: Yes.
10       MR. SHAPIRO: Yes, June 18th.
11       THE COURT: And, again, everybody, you have to
12   file proposed orders on all of that. And then IMR will be
13   filing its opposition one week after that.
14        What can we do today, if anything, to set up a
15   schedule for the future?
16       MR. COGAN: So, Your Honor, just to clarify, it
17   was IMR's motion to compel that they are going to respond to
18   on next Thursday, the 18th. And then I think what we had
19   discussed was a reply by IMR on the 25th, and then --
20       THE COURT: I understand that.
21       MR. COGAN: Okay. Thank you. Because we've been
22   able to hammer that out, I think, from our perspective, the
23   only thing left to resolve today, if the Court will do it,
24   is to set an oral argument as soon thereafter -- assuming
25   the Court is going to entertain this through oral argument,

1  set an oral argument as soon thereafter that the Court is
2  both available and thinks it will be able to address the
3  issues.
4      And the reason I'm asking for oral argument is not
5  because I think this is incredibly complicated, but just
6  because we're on a tight timeframe here in terms of when,
7  ideally, we're asking for this to be addressed.  So that if
8  we do get the discovery -- if I get what I want and you say
9  you're entitled to more discovery, that we actually get it
10  in hand, we have everything we need, we can turn around and
11  get it to Dutch counsel and Dutch counsel can get it before
12  the court in the Netherlands in time for it to be
13  considered.  So I think that's really my only ask today
14  beyond what Your Honor has already addressed.
15      THE COURT:  Well, I don't do a lot of oral
16  arguments, quite frankly, because I find that the written
17  material just gets repeated in the oral argument and I do
18  know how to read and it's easier to read what's going on.  I
19  have read, obviously, the papers that have come in so far.
20      So, I'm not really in favor of setting an oral
21  argument.  I will -- I don't have any more trials coming up
22  for a while, and I will try to get to the motion as soon as
23  it's fully briefed.  And if I don't understand it, then I
24  will call you on short order.  And are you all around for a
25  couple of weeks or are vacations coming up?

```
 1              MR. COGAN:  I am generally around.  I -- I'm
 2   generally flexible.
 3              THE COURT:  Okay.
 4              MR. SPERDUTO:  Your Honor, I'd just like to inform
 5   the Court that my client will be traveling on important
 6   family matters for most of the month of June and July, the
 7   rest of June, and will be available by e-mail and I can
 8   communicate with him, but would not be back in this country
 9   until close to August.
10              THE COURT:  Would your client be necessary for an
11   oral argument?
12              MR. SPERDUTO:  No.  No, not for oral argument.
13              THE COURT:  I didn't think so.
14              MR. SPERDUTO:  One of Mr. Cogan's requests is for
15   further deposition.  And I just want you both to know, I'm
16   going to inform the Court that that can't happen until close
17   to August, if not the first week of August.
18              THE COURT:  Have you filed that request already?
19              MR. COGAN:  Yes, Your Honor.  It's part of the
20   relief that we're seeking in connection with our motion to
21   compel.
22              THE COURT:  I see.  Okay.
23              MR. SHAPIRO:  Between July 7th and July 27th we're
24   flexible and available to the Court.  And we can make
25   something else work, but there are some blackout dates on
```

1    the 6th, 7th, and 27th to the end of the month.
2             THE COURT:  As I say, don't count on it.  I
3    certainly wouldn't do a last-second oral argument.  But as I
4    say, if I don't understand fully what's going on, then
5    you'll hear from me.  Otherwise, you'll get an opinion.  And
6    given the great hurry and pressure, if you will, of all the
7    parties, I will, if I do a written opinion rather than oral
8    argument, I will make it as succinct as possible.  It will
9    not be one of the, quote, great American opinions.
10            Okay.  I think everybody may be excused.  Are we
11   done?
12            MR. COGAN:  From our perspective we are, Your
13   Honor.
14            MR. SPERDUTO:  Thank you, Your Honor.
15                         *  *  *

```
1                  CERTIFICATE OF OFFICIAL COURT REPORTER

2

3

4          I, JANICE DICKMAN, do hereby certify that the above

5     and foregoing constitutes a true and accurate transcript of

6     my stenograph notes and is a full, true and complete

7     transcript of the proceedings to the best of my ability.

8                     Dated this 22nd day of September, 2015.

9

10

11                              /s/_____

12                              Janice E. Dickman, CRR, RMR
                                Official Court Reporter
13                              Room 6523
                                333 Constitution Avenue NW
14                              Washington, D.C. 20001

15

16

17

18

19

20

21

22

23

24

25
```