UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF INTERNATIONAL MINERAL RESOURCES B.V. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. 1:14-MC-00340 (GK) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that (i) International Mineral Resources B.V. ("IMR") withdraws all allegations made in its 28 U.S.C. § 1782 Application (the "Application"), including allegations therein that Mr. Akhmetshin, EuroChem Volga-Kaliy LLC ("ECVK") or their counsel engaged in any unlawful or improper acts against IMR, including but not limited to hacking any information from IMR's computer systems, or disseminating any information as part of a smear campaign against IMR, (ii) Mr. Akhmetshin and ECVK withdraw all allegations made in their briefing in this matter, including allegations therein that IMR or its representatives engaged in any unlawful or improper acts against Mr. Akhmetshin, ECVK, or any other person, and (iii) this action and all claims therein shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees. IMR accordingly stipulates and agrees not to seek any costs and fees related to this action from Rinat Akhmetshin or ECVK, and Mr. Akhmetshin stipulates and agrees not to seek any costs and fees related to this action from IMR, including those costs and fees he may otherwise have been entitled to recover under the Court's Memorandum Order dated November 18, 2015, (Dkt. No. 60), Order dated December 21, 2015, (Dkt. No. 74), or any other Orders or motions entered or filed in this action. All fees currently on deposit with the clerk of this

Court shall be remitted to IMR as specified in the Parties' Joint Stipulation and Proposed Order to Disburse Funds.

Dated: January 15, 2016

FOR APPLICANT INTERNATIONAL
MINERAL RESOURCES B.V.

_____
John ("Fritz") Scanlon (Bar ID: 983169)
KOBRE & KIM LLP
1919 M Street NW
Washington, D.C. 20036
Tel: +1 202 664 1900
Fax: +1 202 664 1920
fritz.scanlon@kobrekim.com


Jonathan D. Cogan (admitted *pro hac vice*)
Rebecca G. Mangold (admitted *pro hac vice*)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
jonathan.cogan@kobrekim.com
rebecca.mangold@kobrekim.com

*Attorneys for International Mineral Resources B.V.*

FOR RESPONDENT RINAT
AKHMETSHIN

_____
Kim Hoyt Sperduto (BAR ID: 416127)
Sperduto Thompson PLC
1133 20th Street NW, 2nd Floor
Washington, DC 20036
Tel: (202) 408-8900
Fax: (202) 408-8910
ksperduto@sperdutothompson.com

*Attorney for Rinat Akhmetshin*

FOR INTERVENOR EUROCHEM
VOLGA-KALIY LLC

_____
Bridget Moore (Bar ID: 484862)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 639-7740
Fax: (202) 585-4090
bridget.moore@bakerbotts.com

Patrick P. Salisbury
SALISBURY & RYAN LLP
1325 Avenue of the Americas
New York, NY 10019
Tel: (212) 977-4660
Fax: (212) 977-4668
PS@salisburyryan.com

*Attorneys for EuroChem Volga-Kaliy LLC*

Court shall be remitted to IMR as specified in the Parties' Joint Stipulation and Proposed Order to Disburse Funds.

Dated: Jan. 15, 2016

| FOR APPLICANT INTERNATIONAL MINERAL RESOURCES B.V. | FOR RESPONDENT RINAT AKHMETSHIN |

_____
John ("Fritz") Scanlon (Bar ID: 983169)
KOBRE & KIM LLP
1919 M Street NW
Washington, D.C. 20036
Tel: +1 202 664 1900
Fax: +1 202 664 1920
fritz.scanlon@kobrekim.com

Jonathan D. Cogan (admitted *pro hac vice*)
Rebecca G. Mangold (admitted *pro hac vice*)
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200
Fax: +1 212 488 1220
jonathan.cogan@kobrekim.com
rebecca.mangold@kobrekim.com

*Attorneys for International Mineral Resources B.V.*

_____
Kim Hoyt Sperduto (BAR ID: 416127)
Sperduto Thompson PLC
1133 20th Street NW, 2nd Floor
Washington, DC 20036
Tel: (202) 408-8900
Fax: (202) 408-8910
ksperduto@sperdutothompson.com

*Attorney for Rinat Akhmetshin*

FOR INTERVENOR EUROCHEM VOLGA-KALIY LLC

_____
Bridget Moore (Bar ID: 484862)
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 639-7740
Fax: (202) 585-4090
bridget.moore@bakerbotts.com

Patrick P. Salisbury
SALISBURY & RYAN LLP
1325 Avenue of the Americas
New York, NY 10019
Tel: (212) 977-4660
Fax: (212) 977-4668
PS@salisburyryan.com

*Attorneys for EuroChem Volga-Kaliy LLC*